DAVE FLEISCHER v. W. P. I. X., INC. DAVE FLEISCHER v. N. T. A. PICTURES, INC., et al.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.